UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Brian Magnuson
                                    Plaintiff,
v.                                                          Case No.: 1:19−cv−07390
                                                            Honorable Edmond E. Chang
Exelon Generation Company, LLC
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2020:

    MINUTE entry before the Honorable Jeffrey Cummings: Telephonic status hearing set for 6/23/20 at 2:00 p.m. to schedule a settlement conference. The parties should confer prior to the status hearing to determine mutually agreeable dates for a settlement conference in July and August. The call−in number for the status hearing is (888) 684−8852 and the access code is 3997645. Members of the public and media will be able to call in to listen to this hearing. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.